THOMPSON, Respondent, v. MANHATTAN R. Co. et al., Appellants.

(Superior Court of New York City, General Term.  May 4, 1891.)

Appeal from judgment on report of referee.

Action by William W. Thompson against the Manhattan Railway Company and another, impleaded.  From a judgment for plaintiff, defendant appeals. For litigation between the same parties in the court of common pleas, see 8 N. Y. Supp. 641; 6 N. Y. Supp. 929.

Argued before SEDGWICK, C. J., and FREEDMAN and MCADAM, JJ.

Davies & Rapallo, for appellants.  John A. Weekes, Jr., for respondent.

PER CURIAM.  It is conceded by the counsel for appellants that the matters on which a reversal is asked have been determined by this court adversely to the defendants.  Judgment affirmed, with costs.

---

OLIN, Respondent, v. METROPOLITAN EL. RY. Co. et al., Appellants.

(Superior Court of New York City, General Term.  May, 1891.)

Appeal from special term.

Action by Stephen H. Olin, as committee, etc., of Benjamin Page, a lunatic, against the Metropolitan Elevated Railway Company and another.  From a judgment for plaintiff, defendant appeals.

Argued before SEDGWICK, C. J., and FREEDMAN and MCADAM, JJ.

PER CURIAM.  The judgment must be affirmed, with costs.

---

BOHM et al., Respondents, v. METROPOLITAN EL. RY. Co. et al., Appellants.

(Superior Court of New York City, General Term.  April 16, 1891.)

Appeal from special term.

Action by Nathan Bohm and another against the Metropolitan Elevated Railway Company and another.  From a judgment for plaintiffs, defendants appeal.

Argued before SEDGWICK, C. J., and DUGRO, J.

Julien T. Davies and Osgood Smith, for appellants.  Charles Gibson Bennett, for respondents.

PER CURIAM.  Judgment affirmed, with costs.

---

SOMERS, Respondent, v. METROPOLITAN EL. RY. Co. et al., Appellants.

(Superior Court of New York City, General Term.  April 16, 1891.)

Appeal from special term.

Action by Peter Somers against the Metropolitan Elevated Railway Company and another.  From a judgment for plaintiff, defendants appeal.

Argued before SEDGWICK, C. J., and DUGRO, J.

Julien T. Davies and Alexander S. Lyman, for appellants.  Charles Gibson Bennett, for respondent.

PER CURIAM.  Judgment affirmed, with costs.